UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00707-MOC-DCK

| | |
|---|---|
| **LATASHA PATTERSON,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **FLAGSTAR BANK, FSB,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the consent Motion to Bifurcate Trial. The court agrees that presenting evidence as to punitive damages prior to determining liability and compensatory damages, if any, would be unduly prejudicial; however, the court reserves the right to determine whether the issue of punitive damages will be submitted to the jury at all after the jury returns its verdict as to liability and compensatory damages. Having considered the consent motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion to Bifurcate Trial (#20) is GRANTED.

Signed: August 21, 2013

Max O. Cogburn Jr.
United States District Judge